FILED
CLERK, U.S. DISTRICT COURT
MAR 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Diego Beltran, <br><br> Defendant. | Case No. **CR 21-0083-JWH-1** <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District / Calif.** for alleged violation(s) of the terms and conditions of (his)/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on **allegations of the petition, in custody on state**

1. conviction for attempted murder
2.
3.
4.   and/or
5. B.  (✓)  The defendant has not met his/her burden of establishing by
6.      clear and convincing evidence that he/she is not likely to pose
7.      a danger to the safety of any other person or the community if
8.      released under 18 U.S.C. § 3142(b) or (c).  This finding is based
9.      on: Same as above
10.
11.
12.
13.
14.      IT THEREFORE IS ORDERED that the defendant be detained pending
15. the further revocation proceedings.
16.
17. Dated: March 21, 2025                    /s/ Jean Rosenbluth
                                              JEAN ROSENBLUTH
18.                                           U.S. MAGISTRATE JUDGE

2